USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2017

Schofield, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBYN PAYNE

                  Plaintiff,

-against-

GUTMAN, MINTZ, BAKER & SONNENFELDT, LLP

                  Defendant.
-----------------------------------------------------------X

Case No.: 1:17-cv-07251-LGS

## AGREED ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

By agreement of the Parties and pursuant to Fed.R.Civ.P. Rule 41(a)(2), the Court hereby dismisses this action with prejudice but retains jurisdiction to the extent necessary to enforce the terms of the resolution agreed to by and between the parties. The dismissal is without costs, disbursements, or attorney's fees to either party as against the other.

SO ORDERED this __13__ day of __December__, 2017.

_____
Judge Lorna G. Schofield
United States District Judge

AGREED BY:

_____        Dated: 12/12/2017
Ahmad Keshavarz
Attorney for Plaintiff Robyn Payne

_____        Dated: 12/12/17
Kenneth A. Novikoff, Esq.
Rivkin Radler
Attorney for Defendant Gutman, Mintz, Baker & Sonnenfeldt, LLP

Dated: December 13, 2017
      New York, New York

SO ORDERED

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE